# IN THE UNITED STATES DISTRICT COURT
## FOR THE _____ DISTRICT OF _____

[Stamp: CLERK, U.S. DISTRICT COURT, AUG -1 2013, CENTRAL DISTRICT OF CALIFORNIA, BY ___ DEPUTY]

Corey A. Bennett  )
Petitioner-Defendant,  )
)
)    Case No. CR-01-684-R
V.  )
)    *Denied*
)    *This court has no*
)    *jurisdiction to change*
United States of America,  )    *petitioner-defendant's sentence*
Respondent.  )                              *8.1.13*

MOTION FOR REDUCTION IN SENTENCE PURSUANT TO ~~§~~ *Any Remedy*
**AND ORDER DENYING MOTION**

NOW COMES, the Petitioner-Defendant, Corey A. Bennett, proceeding pro se in the above captioned cause, respectfully moves this Court pursuant to *Any Remedy* ~~§~~ for an order reducing the term of imprisonment from 120 months under Amendment 706, to a sentence of 60 months on the grounds that the retroactive amendment to the guidelines changes the base offense level in Petitioner's presentence report from 168 [60] to 60 (which excludes any enhancements under 2D1.1(b)(1)). The reduction would reduce the sentencing range from 168 [60] to 60 months. Under all the facts and circumstances, it is respectfully submitted that after approximately 102 months of incarceration, a sentence of Time Served would be just and appropriate under the factors enumerated in 18 U.S.C. § 3553(a).

RESPECTFULL SUBMITTED this 29th day of July, 2013

Corey A. Bennett
Reg. No. 20536-112

Attach a Certificate of Service hereto

2